UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FLOYD SAMPA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV17 CDP |
| ) | |
| CHUCK DWYER, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on the petition for a writ of habeas corpus under 28 U.S.C. § 2254. I referred this matter to United States Magistrate Judge Mary Ann L. Medler for a report and recommendation on all dispositive and non-dispositive matters pursuant to 28 U.S.C. § 636(b). On November 7, 2006, Judge Medler filed her recommendation that petitioner's request for writ of habeas corpus be denied and that no certificate of appealability be issued. Neither party has filed objections to the Report and Recommendation and the time for doing so has expired.

After careful consideration, I will adopt and sustain the thorough reasoning of Judge Medler set forth in support of her Report and Recommendation of November 7, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge [# 15] is adopted in its entirety, and the petition of Floyd Sampa for a writ of habeas corpus is DENIED.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued, as none of the grounds raised present issues on which reasonable jurists could differ.

A separate judgment will be entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of November, 2006.